UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

KNOLL, INC.

               Plaintiff,

       -against-

MODERNO, INC. AND URBAN MOD, INC. d/b/a
REGENCY SHOP, AND MIKE SAXENA

             Defendants.

No. 11 CV 0488

(Action Currently Pending in
Southern District of New York)

Case: 2:12mc00816
Assigned To : Benson, Dee
Assign. Date : 8/22/2012
Description: Knoll v. Moderno et al

## MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Moderno, Inc. and Urban Mod, Inc. d/b/a Regency Shop, and Mike Saxena, (Defendants)

hereby move pursuant to Federal Rule of Civil Procedure 45 to quash the deposition

served on or about August 9, 2012, on Authorize.net in a case pending in federal court in

New York City where, Moderno, Inc. and Urban Mod, Inc. d/b/a Regency Shop, and

Mike Saxena are defendants, and where Knoll, Inc. (Plaintiff) is the plaintiff, and for a

protective order.

Specifically, Defendants respectfully request an Order that the subpoena be quashed in its

entirety. In the alternative, Defendants request that a protective order be entered which

provides that: any documents, things or information disclosed under the Subpoena be

held confidential under the New York Protective Order, and that requiring Authorize.net

to redact any financial or contact information of Defendants customers from any

documents or things produced to Plaintiff under the Subpoena, and any such discloser of

documents and things shall be subject to the New York Protective Order.

Defendants' motion is based upon the following memorandum of points and

authorities; the accompanying declarations of Mike Saxena, any reply filed in support of

this motion; all other papers filed and proceedings had in this action; oral argument of

counsel; and such other matters as the Court may consider.

Wesley M. Lang
Alan J. Howarth
CLAYTON, HOWARTH & CANNON, P.C.
P.O. Box 1909
Sandy, Utah 84091-1909
Telephone: (801) 255-5335
Facsimile: (801) 255-5338
Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

---

KNOLL, INC.

                    Plaintiff,

        -against-

MODERNO, INC. AND URBAN MOD, INC. d/b/a
REGENCY SHOP, AND MIKE SAXENA

                    Defendants.

No. 11 CV 04888
(Action Currently Pending in
Southern District of New York)

---

### CERTIFICATE OF SERVICE

The within Notice of Motion, Memorandum of Points and Authorities, and Proposed

Order were served on the following parties by U.S. Mail, first class. Postage prepaid on August

22, 2012:

George Gottlieb, Ariel Samuel Peikes, Barry Robert Lewin,
Marc P. Misthal, and Rachel M. Weiss
Attorneys for Plaintiff
Gottlieb Rackman & Reisman, P.C.
270 Madison Avenue
New York, NY 10016

Authorize.net
808 East Utah Valley Drive
American Fork, UT 84003

                                            Wesley M. Lang
                                            Alan J. Howarth
                                            CLAYTON, HOWARTH & CANNON, P.C.
                                            P.O. Box 1909
                                            Sandy, Utah 84091-1909
                                            Telephone:  (801) 255-5335
                                            Facsimile: (801) 255-5338
                                            Attorneys for Defendant